IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ELNORIA HOWELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 1:20-cv-502-TFM-M |
| | : | |
| BALDWIN COUNTY BOARD OF EDUCATION, *et al.*, | : | |
| | : | |
| | : | |
| Defendants. | : | |

## MEMORANDUM OPINION AND ORDER

Pending before the Court is the *Joint and Unopposed Motion for Summary Judgment as to Plaintiff's Equal Pay Act Claims*. Doc. 118, filed January 25, 2023. The parties motion the Court enter summary judgment in favor of Defendants Baldwin County Board of Education, Eddie Tyler, and Jennifer Sinclair (collectively, "Defendants") and against Plaintiff Elnoria Howell ("Plaintiff") as to her claims under the Equal Pay Act, 29 U.S.C. § 206(d)(1), that are found in Count VII of her Second Amended Complaint. *Id.* In support of the motion, the parties state there are no genuine issues of material fact as to Plaintiff's Equal-Pay-Act claim and Defendants are entitled to judgment as a matter of law. *Id.*

Accordingly, the parties' Joint and Unopposed Motion for Summary Judgment as to Plaintiff's Equal Pay Act Claims (Doc. 118) is **GRANTED**, and Plaintiff Elnoria Howell's Equal-Pay-Act claims that are found in Count VII of her Second Amended Complaint are **DISMISSED with prejudice**, with costs taxed as paid. This matter remains pending as to Plaintiff's remaining claims.

Final judgment pursuant to Fed. R. Civ. P. 58 will issue separately at the conclusion of the

case.

**DONE** and **ORDERED** this the 26th day of January 2023.

                                                                      s/Terry F. Moorer
                                                                     TERRY F. MOORER
                                                                     UNITED STATES DISTRICT JUDGE