IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELNORIA HOWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 1:20-cv-502-TFM-N |
| | ) |
| BALDWIN COUNTY BOARD OF EDUCATION, *et al.*, | ) ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order (Doc. 26, entered 7/27/21), the Memorandum Opinion and Order (Doc. 17, entered 1/24/24), and the Memorandum Opinion and Order (Doc. 202, entered 3/20/24), it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Defendants and against Plaintiff.  Accordingly, this action is **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 20th day of March 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE